NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTWON OLLINS,                             )
                                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )     Case No.   2D18-1714
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Brett S. Chase, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ. Concur.